**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DANITA MICHELLE BOHANNON-COHEN, | ) | CASE NO. 3:17-bk-00151 |
| | ) | CHAPTER 13 |
| Debtor. | ) | JUDGE MARIAN F. HARRISON |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 6/30/2020**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: 7/8/2020 AT 8:30 A.M. IN COURTROOM 1, 2ND FLOOR, CUSTOMS HOUSE, 701 BROADWAY, NASHVILLE, TN 37203**

### NOTICE OF MOTION TO MODIFY PLAN TO TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS DUE TO IMPACT OF COVID-19 FOR A PERIOD OF 60 DAYS

Danita Michelle Bohannon-Cohen has asked the court for the following relief: to temporarily suspend chapter 13 plan payments due to impact of COVID-19 for a period of 60 days.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at https://ecf.tnmb.uscourts.gov.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date: June 8, 2020

                                               */s/ Alise Housden*
                                               Alise Housden, TN Bar # 34282
                                               *Attorney for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DANITA MICHELLE BOHANNON-COHEN, ) | CASE NO. 3:17-bk-00151 |
| ) | CHAPTER 13 |
| Debtor. ) | JUDGE MARIAN F. HARRISON |

## DEBTOR'S MOTION TO MODIFY PLAN TO TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS DUE TO IMPACT OF COVID-19 FOR A PERIOD OF 60 DAYS

Comes Debtor, Danita Michelle Bohannon-Cohen, by and through counsel, and hereby moves this court for an order temporarily suspending Chapter 13 Plan payments for a period of 60 days. In support of the motion, Debtor would show the following:

1. The Debtor's income has been impacted by the COVID-19 pandemic. *Refer to the attached Statement of Debtor*.

2. Debtor is currently employed at Pathgroup in Nashville, Tennessee, as a Cash Poster.

3. Due to the impacts of COVID-19, Debtor's employer has directed her to work from home and her hours have been reduced.

4. Debtor is only working approximately 30 hours per week at $18.00 an hour. Debtor's gross income is approximately $2,340.00 per month. Debtor's expenses are $2,216.00. After taxes and insurance, Debtor does not have sufficient income to pay her Chapter 13 plan payment.

5. Debtor applied for unemployment but was denied because Debtor earns more than the benefit amount.

6. Debtor does not know when she will be able to return to full-time work.

7. Despite Debtor's best efforts, funding of the Plan will leave the Debtor without sufficient income to meet necessary living expenses.

8. This suspension will allow the Plan to complete within 60 months.

9. Debtor proposes:

   a. The plan payments be suspended due to the impact of COVID-19 for a period of 60 days beginning upon the filing of this Motion.

   b. During the period of suspension, the Trustee refund to the Debtor any funds received.

   c. After the period of suspension, Plan payments remain at $377.00 bi-weekly.

   d. After the period of suspension, the guaranteed minimum dividend to allowed unsecured claims remains at sixty percent (60%).

   e. After the period of suspension, the Debtor make all future payments in accordance with the confirmed Chapter 13 Plan.

WHEREFORE, PREMISES CONSIDERED, Debtor, Danita Michelle Bohannon-Cohen, prays for an order temporarily suspending Chapter 13 Plan payments for a period of 60 days beginning with the filing of this Motion.

Dated June 8, 2020

Respectfully submitted,

*/s/ Alise Housden*
Alise Housden, TN Bar # 34282
Long, Burnett and Johnson, PLLC
302 42nd Avenue North
Nashville, Tennessee 37209
T: (615) 386-0075
F: (615) 864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtor*

# PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DANITA MICHELLE BOHANNON-COHEN, | ) | CASE NO. 3:17-bk-00151 |
| | ) | CHAPTER 13 |
| Debtor. | ) | JUDGE MARIAN F. HARRISON |

### ORDER TO MODIFY PLAN TO TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS DUE TO IMPACT OF COVID-19 FOR A PERIOD OF 60 DAYS

Upon consideration of *Debtor's Motion to Modify Plan to Temporarily Suspend Chapter 13 Plan Payments Due to Impact of COVID-19 for a Period of 60 Days*, it appears to the Court that notice of said motion pursuant to LBR 9013 has been given. It further appears to the Court no objections, responses or otherwise have been filed within the twenty-one (21) day response period. It is therefore:

ORDERED the Debtors' Chapter 13 Plan payments be suspended due to the impact of COVID-19 for a period of 60 days beginning upon the date the Motion was filed. It is further

ORDERED the Chapter 13 Trustee shall refund any funds received to the Debtors during the period of suspension. It is further

ORDERED after the period of suspension, Plan payments will remain at $377.00 bi-weekly. It is further

ORDERED after the period of suspension, the guaranteed minimum dividend payable to the general unsecured creditors will remain sixty percent (60%). It is further

ORDERED after the period of suspension, it is the obligation of the Debtors to make all future payments in accordance with the confirmed Chapter 13 Plan.

IT IS SO ORDERED.

Approved For Entry By:

*/s/Alise Housden*
Alise Housden TN Bar# 034282
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtor*

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DANITA MICHELLE BOHANNON-COHEN, | ) | CASE NO. 3:17-bk-00151 |
| | ) | CHAPTER 13 |
| Debtor. | ) | JUDGE MARIAN F. HARRISON |

## STATEMENT OF DEBTOR

Debtor, Danita Michelle Bohannon-Cohen, states the following is true to the best of my knowledge, information, and belief:

1. I am currently employed at *Pathgroup* in Nashville, Tennessee, as a Cash Poster.

2. Due to the impacts of COVID-19, my employer has directed me to work from home and my hours have been reduced.

3. I am only working approximately 30 hours per week.

4. I am in the process of applying for unemployment assistance, but I do not know the amount of any unemployment I may receive.

5. I do not know when I may be able to return to full-time work.

I declare under penalty of perjury that the prior statements are true and correct.

Executed on:   6/4/2020

                                                       */s/ Danita Michelle Bohannon-Cohen*
                                                     DANITA MICHELLE BOHANNON-COHEN, *Debtor*

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: DANITA MICHELLE BOHANNON COHEN | CASE NO: 3:17-bk-00151 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/9/2020, I did cause a copy of the following documents, described below,

DEBTOR'S MOTION TO MODIFY PLAN TO TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS DUE TO IMPACT OF COVID-19 FOR A PERIOD OF 60 DAYS

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/9/2020

TOTAL MAILINGS = 43
43 MAILINGS @ $1.00 EACH = $43.00

/s/ Jon Daniel Long
Jon Daniel Long  31211
Long, Burnett, and Johnson, PLLC
302 42nd Ave. N
Nashville, TN  37209-0000
615 386 0075

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

IN RE: DANITA MICHELLE BOHANNON COHEN

CASE NO: 3:17-bk-00151

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/9/2020, a copy of the following documents, described below,

DEBTOR'S MOTION TO MODIFY PLAN TO TEMPORARILY SUSPEND CHAPTER 13 PLAN PAYMENTS DUE TO IMPACT OF COVID-19 FOR A PERIOD OF 60 DAYS

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/9/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jon Daniel Long
Long, Burnett, and Johnson, PLLC
302 42nd Ave. N
Nashville, TN 37209-0000

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 06503 CASE 3-17-BK-00151 MIDDLE DISTRICT OF TENNESSEE NASHVILLE MON JUN 8 15-58-52 CDT 2020 | ~~701 BROADWAY ROOM 170~~ ~~NASHVILLE TN 372033979~~ | ADVANCED DIAGNOSTIC IMAGING CO ACI PO BOX 148240 NASHVILLE TN 37214-8240 |
| ADVANCE FINANCIAL 100 OCEANSIDE DRIVE NASHVILLE TN 37204-2351 | ADVANCED DIAGNOSTIC IMAGING PO BOX 249 GOODLETTSVILLE TN 37070-0249 | AFNI PO BOX 3427 BLOOMINGTON IL 61702-3427 |
| AFNI INC PO BOX 3517 BLOOMINGTON IL 61702-3517 | ASHRO 1112 7TH AVE MONROE WI 53566-1364 | ASHRO LIFESTYLE CO CREDITORS BANKRUPTCY SERVICE PO BOX 800849 DALLAS TX 75380-0849 |
| BARRY J GAMMONS 209 10TH AVE SOUTH STE 525 NASHVILLE TN 37203-7102 | BUSINESS REVENUE SYSTEMS INC PO BOX 579 BURLINGTON IA 52601-0579 | CENTENIAL MEDICAL CENTER PO BOX 740757 CINCINNATI OH 45274-0757 |
| CENTENNIAL MEDICAL CENTER RESURGENT CAPITAL SERVICES PO BOX 1927 GREENVILLE SC 29602-1927 | COMCAST COMCAST CENTER 1701 JFK BLVD PHILADELPHIA PA 19103-2899 | CREDIT ACCEPTANCE 25505 WEST 12 MILE RD SUITE 3000 SOUTHFIELD MI 48034-8331 |
| CREDIT SOLUTIONS LLC 2277 THUNDERSTICK DR STE 400 LEXINGTON KY 40505-4878 | DAVIDSON COUNTY GENERAL SESSIONS PO BOX 196304 NASHVILLE TN 37219-6304 | FIRST NATIONAL COLLECTION BUREAU INC PO BOX 1259 OAKS PA 19456-1259 |
| GOODLETTSVILLE UTILITY 215 CARTWRIGHTS ST GOODLETTSVILLE TN 37072-1424 | HARPETH FINANCIAL SERVICES LLC CO GLEN C WATSON III PO BOX 121950 NASHVILLE TN 37212-1950 | HERS AND HIS PLUMBING LLC 2963 FOSTER CREIGHTON DR NASHVILLE TN 37204-3716 |
| INSOLVE AUTO FUNDING LLC CO CAPITAL RECOVE DEPT 3403 PO BOX 123403 DALLAS TX 75312-3403 | INDIAN LAKE FAMILY DENTAL 299A INDIAN LAKE BLVD HENDERSONVILLE TN 37075-6384 | INLAND BANK CO SUSAN FAULKNER 736 CURREY RD NASHVILLE TN 37217-2370 |
| JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999 SAINT CLOUD MN 56302-7999 | MADISON SUBURBAN UTILITY CO FOX COLLECTION CENTER PO BOX 528 GOODLETSVILLE TN 37070-0528 | MENDELSON LAW FIRM PO BOX 17235 MEMPHIS TN 38187-0235 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MIDDLE TENNESSEE IMAGING<br>PO BOX 249<br>GOODLETTSVILLE TN 37070-0249 | MIDNIGHT VELVET<br>1112 7TH AVE<br>MONROE WI 53566-1364 | MIDNIGHT VELVET<br>CO CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| MIDTOWN PRIMARY CARE PLLC<br>2011 CHURCH ST STE 201<br>NASHVILLE TN 37203 | NCB MANAGEMENT SERVICES<br>PO BOX 1099<br>LANGHORNE PA 19047-6099 | NPAS<br>PO BOX 99400<br>LOUISVILLE KY 40269-0400 |
| FROST ARNETT<br>BANKRUPTCY DEPARTMENT<br>PO BOX 198988<br>NASHVILLE TN 37219-8988 | NASHVILLE ELECTRIC SERVICE<br>ATTN CREDIT DEPARTMENT<br>1214 CHURCH STREET<br>NASHVILLE TN 37246-0002 | PENN CREDIT<br>916 S 14TH STREET<br>PO BOX 988<br>HARRISBURG PA 17108-0988 |
| PREMIER RADIOLOGY<br>PO BOX 440514<br>NASHVILLE TN 37244-0514 | RECEIVABLES PERFORMANCE MANAGEMENT LLC<br>PO BOX 1548<br>LYNNWOOD WA 98046-1548 | RESULTS PHYSIOTHERAPY<br>800 CRESCENT CENTRE DR<br>STE 600<br>FRANKLIN TN 37067-7286 |
| SANTANDER CONSUMER USA<br>PO BOX 961245<br>FT WORTH TX 76161-0244 | SKYLINE MEDICAL CENTER<br>POB 290429<br>NASHVILLE TN 37229-0429 | SOLSTAS LAB PARTNERS<br>PO BOX 35907<br>GREENSBORO NC 27425-5907 |
| TRANSWORLD SYSTEMS INC<br>150 CROSSPOINT PKWY<br>GETZVILLE NY 14068-1602 | US HEALTHWORKS MEDICAL GROUP<br>PO BOX 741827<br>ATLANTA GA 30374-1827 | CM/ECF E-SERVICE<br>US TRUSTEE +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 BROADWAY STE 318<br>NASHVILLE TN 37203-3966 |
| DEBTOR<br>DANITA MICHELLE BOHANNON COHEN<br>3502 WOOD BRIDGE DRIVE<br>NASHVILLE TN 37217-4523 | CM/ECF E-SERVICE<br>HENRY EDWARD HILDEBRAND III +<br>OFFICE OF THE CHAPTER 13 TRUSTEE<br>PO BOX 340019<br>NASHVILLE TN 37203-0019 | CM/ECF E-SERVICE<br>JON DANIEL LONG +<br>LONG BURNETT JOHNSON PLLC<br>302 42ND AVE NO<br>NASHVILLE TN 37209-3602 |